CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
Assistant United States Attorney

　　1301 Clay Street, Suite 340S
　　Oakland, California 94612
　　Telephone: (510) 637-3680
　　FAX: (510) 637-3724
　　Abraham.fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>DANIEL DAMATO,<br><br>　　　Defendant. | ) CASE NO. 25-CR-0344-AMO [KAW]<br>)<br>) **DETENTION ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On October 20, 2025, defendant Daniel Damato was charged by Information with wire fraud, in violation of Title 18 United States Code Section 1343. On December 8, 2025, the defendant pled guilty to the wire fraud charge pending against him. Sentencing is currently set for June 29, 2026.

This matter came before the Court on June 1, 2026, for a bail violation hearing—the defendant's third bail violation hearing in the past three months. The defendant was present and represented by Attorney Matthew Matejcek. Assistant United States Attorney Abraham Fine appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention. The Court also heard a proffer from Pretrial Services Officer Reanna Agah, who recommended the defendant be detained.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

the record, the Court finds that the defendant has failed to show by clear and convincing evidence that the defendant is amenable to supervision, that he is able to comply with the conditions of his release, or that any combination of conditions will reasonably assure the safety of any other person or the community.  Accordingly, the defendant must be detained pending sentencing in this matter.

The present order supplements the Court's findings and order at the bail violation hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3143.  As noted on the record, the Court makes the following findings as the bases for its conclusion after three separate bail review hearings with the defendant:  the defendant has tested positive for marijuana on multiple occasions; the defendant has missed required drug tests and required counseling on multiple occasions; the defendant has repeatedly disregarded the orders and admonitions from his Pretrial Services Officer; the defendant has repeatedly been verbally abusive to his Pretrial Services Officer; the defendant contacted a witness in an attempt to harass, threaten, or intimidate the witness after the witness provided documents to the government and cooperated with the government's investigation.  Accordingly, the Court finds that the defendant has demonstrated he is incapable or unwilling to abide by the Court's conditions of release.

Pursuant to 18 U.S.C. § 3143, IT IS ORDERED THAT:

1.     The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility;

2.     The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: June 2, 2026

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

DETENTION ORDER
25-CR-0344-AMO [KAW]

2

v. 11/01/2018